IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| CHRISTINA HARRISON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:11-CV-47 (MTT) |
| CONVENIENCE STORES, INC., | ) |  |
| Defendant. | ) |  |

## ORDER

In a previous Order (Doc. 13) this Court stayed this action pursuant to a request by Ms. Harrison. Ms. Harrison had filed for bankruptcy and had converted her case to one under Chapter 7. Pursuant to a request by Ms. Harrison, the Court substituted as plaintiff James G. Baker, the Chapter 7 Trustee. However, the Court stayed the case until John W. Roper, attorney for Ms. Harrison, had been approved by the bankruptcy court as special counsel to the Chapter 7 Trustee for the purposes of this action. The bankruptcy court has now approved Mr. Roper as special counsel to the Trustee. Therefore, the stay is lifted.

**SO ORDERED,** this 3rd day of May, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT